

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Adrian Williams v. The State of Texas

Appellate case number:     01-16-00960-CR

Trial court case number:    1475112

Trial court:                        263rd District Court of Harris County

       Our review of the above-referenced appeal requires a supplemental clerk's record containing the pre-trial sentencing report referenced at the November 16, 2016 sentencing hearing in the underlying case. Accordingly, we order that the district court clerk and/or the court reporter file a supplemental clerk's record containing the pre-trial sentencing report by no later than **July 31, 2017**.

       It is so ORDERED.

Judge's signature: /s/ Jane Bland
              Acting individually


Date: July 18, 2017